IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| SALAS ULLOA JONATHAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 323-006 |
| | ) | |
| STACEY N. STONE, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, currently incarcerated at FCI Otisville in Otisville, New York, requests federal habeas corpus relief under 28 U.S.C. § 2241.  The proper venue for 28 U.S.C. § 2241 petitions is the district of incarceration.  28 U.S.C. § 2241(d); <u>Fernandez v. United States</u>, 941 F.2d 1488, 1495 (11th Cir. 1991).  Therefore, because Petitioner is currently incarcerated in Orange County, New York, the Court **ORDERS** the transfer of this action to the United States District Court for the Southern District of New York for further consideration and **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 25th day of January, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA